IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

United States of America

v.                                              No. 1:23-mj-00233-LEW

Angelo Castigliola

### Certificate of Service

On this day, August 31, 2023, I served an electronic copy of my entire file in the above-styled case to successor counsel, Mr. Scott Hess, by sending him an e-mail, to the address on file with the Maine Board of Bar Overseers, containing the information he needs to access the file.

Respectfully submitted,

/s/ Jamesa J. Drake
Jamesa J. Drake
Drake Law LLC
P.O. Box 56
Auburn, ME 04212
(207) 330-5105

Service via CM/ECF