UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ANGELO CASTIGLIOLA

No. 1:23-cr-103-LEW

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Repeated Communication with Intent to Harass)

From about July 16, 2023, through about August 3, 2023, in the District of Maine and elsewhere, defendant,

**Angelo Castigliola**

in interstate and foreign communications repeatedly initiated communication with a telecommunications device, during which conversation and communication ensued, solely to harass a person at the called number and the person who received the communication. Specifically, Castigliola repeatedly called and left harassing voicemails for K.G., and sent harassing text messages to K.G., all on her personal cell phone.

In violation of Title 47, United States Code, Section 223(a)(1)(E).

1

## COUNT TWO
### (Interstate Communication of Threat to Injure)

On about July 28, 2023, in the District of Maine and elsewhere, defendant,

**Angelo Castigliola**

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. Specifically, Castigliola left a voicemail for M.G. threatening to kill her three daughters and rape her two minor granddaughters.

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
### (Interstate Communication of Threat to Injure)

On about July 28, 2023, in the District of Maine and elsewhere, defendant,

**Angelo Castigliola**

knowingly and willfully transmitted in interstate commerce a threat to injure the person of another. Specifically, Castigliola left a voicemail for M.G. threatening to kill her three daughters and her two minor granddaughters.

In violation of Title 18, United States Code, Section 875(c).

**A TRUE BILL**

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney
Dated: 9/20/2023

3