**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 1:23-cr-00103-LEW |
| | ) | |
| ANGELO CASTIGLIOLA | ) | |

PROCEDURAL ORDER

The Court hereby ORDERS the parties to meet and confer within five (5) days of this date on all discovery and pretrial production matters in this case.

The defendant shall file all pretrial motions not later than October 24, 2023. Any responses and replies are to be filed in accordance with Local Rule 147.

The parties shall disclose any expert witnesses not later than November 7, 2023.

The trial in this matter is hereby scheduled to commence before Judge Walker on November 7, 2023.

/s/ Lance E. Walker
U. S. District Judge

Dated: October 10, 2023