UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELO CASTIGLIOLA | No. 1:23-cr-00103-LEW |

**SPEEDY TRIAL ORDER**

This matter comes before the court upon the Defendant's Motion to Enlarge Deadlines and Continue (ECF No. 30).

Defense counsel indicates the following: (1) counsel was appointed to this matter on August 31, 2023; (2) the Defendant was arraigned in this matter on October 10, 2023; (3) counsel for the Defendant recently received discovery in this matter but has not yet had an opportunity to review it; (4) after arraignment, the Court entered a Procedural Order setting various deadlines, as well as placing the matter for trial on the November trial list; (5) due to counsel's recent appointment, lack of review of recently received discovery, and current schedule with the courts, counsel requires additional time to prepare and review discovery in this matter. In addition, the Defendant waives his right to a speedy trial and consents to such time being excludable pursuant to Title 18, United States Code § 3161(h)(7)(A) for the period of enlargement and continuance sought.

After full consideration of the representations of counsel, and of the record to date, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**.

2. The deadline for filing pretrial motions is extended to December 19, 2023, and the deadline for disclosure of expert witnesses is extended to January 2, 2024.

3. This matter shall be removed from the November 7, 2023 trial list and added to the January 2024 trial list.

4. The time periods between October 24, 2023 and December 19, 2023 for motions and November 7, 2023 and January 2, 2024 for trial is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated this 16th day of October, 2023.

/s/ Lance E. Walker
U.S. District Judge