UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELO CASTIGLIOLA | No. 1:23-cr-00103-LEW |

**SPEEDY TRIAL ORDER**

This matter comes before the court upon the Defendant's Motion to Enlarge Deadlines and Continue (ECF No. 33).

Defense counsel indicates the following: (1) defendant has been charged with one count of making repeated telephone calls with intent to harass (Class E Felony) and two counts of transmitting threatening interstate communication (Class D Felony); (2) defense is in need of additional time to conduct its investigation, as well as explore defenses and mitigating information; (3) defense requests that the deadline for filing any pretrial motions be set to March 18, 2024, and disclosure of expert witnesses by April 1, 2024; (4) as a result of the enlargement of these deadlines, defense is requesting that the matter be continued to the April trial list; (5) the defendant waives his right to a speedy trial and consents to such time being excludable pursuant to Title 18, United States Code § 3161(h)(7)(A) for the period of enlargement and continuance sought. The government has represented that it does not object to the requested continuance.

After full consideration of the representations of counsel, and of the record to date, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**.

2. The deadline for filing pretrial motions is extended to March 18, 2024, and the deadline for disclosure of expert witnesses is extended to April 1, 2024.

3. This matter shall be removed from the January 2024 trial list and added to the April 2024 trial list.

4. The time period between December 19, 2023, and March 18, 2024, for motions and January 2, 2024, and April 2, 2024, for trial is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

/s/Lance E. Walker
U.S. District Judge

Dated this 22nd day of December, 2023.