UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELO CASTIGLIOLA | No. 1:23-cr-00103-LEW |

**SPEEDY TRIAL ORDER**

This matter comes before the court upon the Defendant's Unopposed Motion to Enlarge Deadlines and Continue.

Defense counsel indicates the following:

Defendant has been charged with one count of making repeated telephone calls with intent to harass (Class E Felony) and two counts of transmitting threatening interstate communication (Class D Felony). Defense is in need of additional time to conduct its investigation, as well as explore defenses and mitigating information.

Defense requests that the deadline for filing any pretrial motions be reset to May 17, 2024, and disclosure of expert witnesses by May 31, 2024. In addition, due to the enlargement of these deadlines, defense is requesting that the matter be continued to the June trial list.

The defendant waives his right to a speedy trial and consents to such time being excludable pursuant to Title 18, United States Code § 3161(h)(7)(A) for the period of enlargement and continuance sought. The defense has consulted with the Government, and they do not object to the motion.

After full consideration of the representations of counsel, and of the record to date, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B),

1

the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**.

2. The deadline for filing pretrial motions is extended to May 17, 2024.

3. The deadline for disclosure of expert witnesses is extended to May 31, 2024.

4. This matter is continued to the June 2024 trial list.

5. The time period between March 21, 2024, and May 17, 2024, for motions, and April 2, 2024, and June 4, 2024, for trial, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated this 21st day of March, 2024.

/s/ Lance E. Walker
Chief U.S. District Judge