UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ANGELO CASTIGLIOLA

No. 1:23-cr-00103-JAW

**SPEEDY TRIAL ORDER**

This matter comes before the court upon the Defendant's Motion to Enlarge Deadlines and Continue.

Defense counsel indicates the following:

Defendant has been charged with one count of making repeated telephone calls with intent to harass (Class E Felony) and two counts of transmitting threatening interstate communication (Class D Felony). The Defense is waiting for an expert to complete an evaluation of Mr. Castigliola.

Defense requests that the deadline for filing any pretrial motions be set to June 17, 2024, and disclosure of expert witnesses by June 30, 2024. In addition, due to the enlargement of these deadlines, defense is requesting that the matter be continued to the July trial list.

The defendant waives his right to a speedy trial and consents to such time being excludable pursuant to Title 18, United States Code § 3161(h)(7)(A) for the period of enlargement and continuance sought. The defense has consulted with the Government, and they do not object to the motion.

After full consideration of the representations of counsel, and of the record to date, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B),

the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The defendant's motion is hereby **GRANTED**.

2. The deadline for filing pretrial motions is extended to May 17, 2024.

3. This matter is continued to the July 2024 trial list.

4. The time period between May 17, 2024, and June 17, 2024, for motions and June 4, 2024, and July 2, 2024, for trial is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated this 24th day of May, 2024.

/s/ John A. Woodcock, Jr.
U.S. District Judge