UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Angelo Castigiola

DOCKET NO: 1:23-cr-00103-JAW

PROCEEDING TYPE: Detention Hearing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 1 | | Forensic Evaluation | 7/12/24 | 7/12/24 | | 7/12/24 |
| | 2 | | News article dated July 23, 2010 | 7/12/24 | 7/12/24 | | 7/12/24 |
| | 3 | | Letter from clergy member at Somerset County Jail | 7/12/24 | 7/12/24 | | 7/12/24 |
| | 4 | | Letter from Class Facilitators of Inside Out/Nurturing Fathers class | 7/12/24 | 7/12/24 | | 7/12/24 |
| | 5 | | ACTS I Certificate of Participation | 7/12/24 | 7/12/24 | | 7/12/24 |
| | 6 | | ACTS II Certificate of Participation | 7/12/24 | 7/12/24 | | 7/12/24 |
| | 7 | | Brief clip from news report (Hess to provide flashdrive) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 1 | | | Audio voicemail July 27 and Aug 3, 2023 (flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 2 | | | Audio voicemail July 27 and Aug 3, 2023 (flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 3 | | | Audio voicemail July and Aug. 2023 (flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 4 | | | Audio voicemail July 28, 2023 (flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 5 | | | Audio voicemail (flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 6 | | | Audio Call from Somerset County Jail (flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 7 | | | Audio -Call from Somerset County Jail between June 28 – July 10(flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 8 | | | Audio - Call from Somerset County Jail with sister (flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |
| 9 | | | Audio - Call from Somerset County Jail with sister (flash drive on file in Clerk's office) | 7/12/24 | 7/12/24 | | 7/12/24 |