UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:23-cr-00103-JAW |
| ) | |
| ANGELO CASTIGLIOLA, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING MOTION FOR RELEASE FROM DETENTION**

On July 12, 2024, the Court held a hearing on Angelo Castigliola's motion for release from detention.  The Court received into evidence several exhibits from both the Government and Mr. Castigliola, heard a statement from the victim, and considered oral argument from counsel.  The standards for release from detention pending trial are found in 18 U.S.C. § 3142(a), (e), and (g).  The Court applied those statutory standards to the evidence presented at the hearing.

The Court made extensive findings at the close of the hearing and found by clear and convincing evidence that there are no conditions or combination of conditions that will "reasonably assure . . . the safety of any other person and the community." 18 U.S.C. § 3142(e)(1).  The Court adopts those oral findings in this order.  Specifically, the Court finds that Mr. Castigliola has a significant psychiatric diagnosis, bipolar disorder, and his condition is severe.  Fortunately, his psychiatric condition is responsive to medication, but Mr. Castigliola has a history of failing or refusing to take prescribed medicine, resulting in his severely decompensating and becoming abusive, delusional, and occasionally violent.  If released, the Court is not

assured, based on his history, that he will maintain his adherence to his medical regimen, and failing strict compliance, the Court finds that Mr. Castigliola represents a threat to the safety of the victims in this case and others.

Although the Court GRANTED the Defendant's Motion to Reopen Detention Hearing (ECF No. 45) and held the hearing, the Court DENIES the relief requested in the motion.  The Court ORDERS that the Defendant remain detained pending further order of the Court, subject to the Defendant's right to request that the Court again reopen the detention hearing pursuant to 18 U.S.C. § 3142.

The Court ORDERS that the Defendant remain committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of the attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of July, 2024