UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELO CASTIGLIOLA | No.: 1:23-cr-00103-JAW |

**JOINT MOTION TO EXCLUDE TIME**

The United States of America and the defendant, through their respective undersigned attorneys, move that the court enter an order continuing the trial of this case to the September 2024 trial list and excluding the resulting delay from calculations under the Speedy Trial Act. In support of this motion, the parties state the following:

1. The Defendant is charged with one (1) count of Making Repeated Telephone Calls with Intent to Harass and two (2) counts of Transmitting Threatening Interstate Communication. This case is currently on the August 2024 trial list, with jury selection scheduled to begin on August 6, 2024.

2. The parties are in the process of discussing a possible resolution to this matter. The parties wish to have an additional period of approximately 30 days to finalize those discussions.

3. The interest of justice to be served by the requested continuance outweighs the interests of the defendant and the public to a speedy trial because the certainty of the trial date will permit the parties to more efficiently prepare for trial. Defense counsel represents that the defendant is aware of his/her Speedy Trial Act rights and has authorized counsel to seek the extension requested by this joint motion. By the signature of defense counsel below, the defendant hereby waives his rights under the Speedy Trial Act to have the trial begin earlier than September 9, 2024 and the

1

defendant expressly consents to the exclusion of time that would be necessary to begin the trial on that date.

WHEREFORE, the parties respectfully request that the court enter an order continuing the trial of this case to September 9, 2024 and excluding from calculations under the Speedy Trial Act all time that elapses between August 6, 2024 and September 9, 2024.

| | |
|---|---|
| Dated: 7/22/2024 | Respectfully submitted, |
| | DARCIE N. MCELWEE<br>United States Attorney |
| | /s/ *Shira Furman*<br>Assistant U.S. Attorney<br>100 Middle Street<br>Portland, Maine 04101<br>(207) 771-3252<br>Shira.Furman@usdoj.gov |
| Dated: 7/22/2024 | /s/ *Scott Hess*<br>Attorney For Defendant<br>Law Office of Scott F. Hess<br>114 State Street<br>Augusta, ME 04330<br>(207) 430-8079<br>Scott@hesslawme.com |