# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:23-cr-00103-JAW |
| ANGELO CASTIGLIOLA | |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the Parties' Motion to Exclude Time. The parties indicate the following:

Defendant has been charged with one count of making repeated telephone calls with intent to harass and two counts of transmitting threatening interstate communication. This case is currently on the August 2024 trial list, with jury selection scheduled to begin on August 6, 2024. The parties are in the process of discussing a possible resolution to this matter. The parties wish to have an additional period of approximately 30 days to finalize those discussions. The parties are requesting that the matter be continued to the September trial list.

The defendant waives his right to a speedy trial and consents to such time being excludable pursuant to Title 18, United States Code § 3161(h)(7)(A) for the period of enlargement and continuance sought. The defense has consulted with the Government, and they do not object to the motion.

After full consideration of the representations of counsel, and of the record to date, the Court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS HEREBY ORDERED THAT:**

1. The parties' motion is hereby **GRANTED**.

2. This matter is continued to the September 2024 trial list.

3. The time period between August 6, 2024, and September 3, 2024, is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq*.

**SO ORDERED.**

Dated this 23rd day of July, 2024.

/s/ John A. Woodcock, Jr.
U.S. District Judge