UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Angelo Castigliola

DOCKET NO: 1:23-cr-00103-JAW

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | July 23, 2010 Article | 1/21/25 | 1/21/25 |  | 1/21/25 |
|  | 2 |  | Flashdrive | 1/21/25 | 1/21/25 |  | 1/21/25 |
|  | 3 |  | January 5, 2025 Report from Peter Donnelly, Psy.D. | 1/21/25 | 1/21/25 |  | 1/21/25 |
|  | 4 |  | 4.1 to 4.58 Certificates of Completion | 1/21/25 | 1/21/25 |  | 1/21/25 |
|  | 5 |  | May 21, 2024 Forensic Evaluation Peter Donnelly, Psy.D. | 1/21/25 | 1/21/25 |  | 1/21/25 |