## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGELO CASTIGLIOLA | No. 1:23-cr-00103-JAW |

## SATISFACTION OF JUDGMENT

The monetary Penalty(s) imposed in the above-captioned actions on January 21, 2025, has/have been satisfied and paid in full.

Dated: June 9, 2025                                   Respectfully Submitted,

 

                                                                           CRAIG M. WOLFF
                                                                           Acting United States Attorney

 

                                                                           */s/ Andrew K. Lizotte*
                                                                           Assistant U.S. Attorney
                                                                           202 Harlow Street
                                                                           Bangor, Maine 04401
                                                                           207-945-0373
                                                                           Andrew.Lizotte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

                                                CRAIG M. WOLFF
                                                Acting United States Attorney

By:   */s/ Maria C. Bida*
       Paralegal Specialist on behalf of
       Andrew K. Lizotte
       Assistant U.S. Attorney
       202 Harlow Street
       Bangor, Maine 04401
       207-945-0373
       Andrew.Lizotte@usdoj.gov